PER CURIAM.
We find no error in the court’s denial of the defense-requested jury instructions because same was adequately covered by the court’s general instruction to the jury. Johnson v. State, 484 So.2d 1347, 1350 (Fla. 4th DCA), rev. denied, 494 So.2d 1151 (Fla. 1986); Jimenez v. State, 480 So.2d 705 (Fla. 3d DCA 1985); Wells v. State, 270 So.2d 399 (Fla. 3d DCA 1972), cert. denied, 277 So.2d 533 (Fla.), cert. denied, 414 U.S. 1024, 94 S.Ct. 449, 38 L.Ed.2d 316 (1973).
Affirmed.